UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| v. | : | Crim. No. 09-45 |
| BRIAN McKENZIE | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (Scott B. McBride, Assistant U.S. Attorney, appearing), and good cause having been shown, the Court makes the following findings:

1.   This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

2.   The case against defendant Brian McKenzie's four co-defendants has been continued through March 15, 2010 on the basis of this complexity; and

3.   The ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 12th day of January 2010,

ORDERED that defense motions shall be filed by **March 15, 2010,** the government's opposition and cross-motions shall be filed by **April 5, 2010,** defendant's opposition and reply shall be filed by **April 16, 2010,** the argument of the motions is scheduled for **April 26, 2010 at 10 a.m.,** and the trial is scheduled for **May 11, 2010 at 9:30 a.m.;** and

IT IS FURTHER ORDERED that this action be, and hereby is, continued until March 15, 2010, and the period between and including today's date through March 15, 2010 shall be excluded time under the Speedy Trial Act of 1974, Title 18, United States Code, Sections 3161(h)(6) and 3161(h)(7).

Hon. JOSEPH A. GREENAWAY, JR.
United States District Judge